# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO. 5:21-cr-70-JA-PRL

**IGNACIO FELIX-SALINAS**

## ORDER

This case is before the Court on Defendant Ignzacio Felix-Salinas's Motion to Dismiss (Doc. 14). The assigned United States Magistrate Judge has submitted a Report (Doc. 56) recommending that Felix-Salinas's Motion be denied. Because Felix-Salinas's admitted that an evidentiary hearing would not be needed if the Court allowed him to supplement his Motion to Dismiss with additional exhibits, the Report also recommends that the Court grant Felix-Salinas's Motion to Supplement (Doc. 45) and deny as moot his Motion for Evidentiary Hearing (Doc. 16). Felix-Salinas's filed an Objection (Doc. 57) to the Report, and the Government filed a Response (Doc. 62) to that Objection.

After reviewing the record in this matter, including Felix-Salinas's Objection and the Government's Response, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 56) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Supplement (Doc. 45) is **GRANTED**.

3. The Motion for Evidentiary Hearing (Doc. 16) is **DENIED as moot**.

4. The Motion to Dismiss (Doc. 14) is **DENIED**.

**DONE** and **ORDERED** on March 17, 2022.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant